**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-7512**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RANDI BROOKE CREEF,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:18-cr-00065-RGD-RJK-2)

Submitted:  August 18, 2021                Decided:  September 1, 2021

Before WILKINSON, NIEMEYER, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randi Brooke Creef, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randi Brooke Creef appeals the district court's order denying her motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Creef*, No. 2:18-cr-00065-RGD-RJK-2 (E.D. Va. Oct. 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*